UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| |
|---|
| ANTHONY FREITAS |
| Plaintiff |
| v. |
| RADIOSHACK CORPORATION, |
| Defendant. |



05   11343 RWZ

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Defendant, RadioShack Corporation, pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, hereby states that RadioShack Corporation is a publicly traded company and there are no publicly-held entities which own 10% or more stock of RadioShack Corporation.

Respectfully submitted,

RADIOSHACK CORPORATION
By its attorneys,

_____
Diane Saunders (BBO# 562872)
Jeffrey S. Siegel (BBO# 647148)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA  02109-2605
(617) 523-6666

Dated: 6/27/05

### Certificate of Service

I hereby certify that a true copy of the foregoing Corporate Disclosure Statement was sent by mail to counsel for plaintiff on 6/27/05.

_____