UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY FREITAS<br><br>Plaintiff<br><br>v.<br><br>RADIOSHACK CORPORATION,<br><br>Defendant. | No.: 1:05-cv-11343-RWZ |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff Anthony Freitas and Defendant RadioShack Corporation ("RadioShack") hereby jointly move this Court for a two-week extension of time in which RadioShack may answer or otherwise respond to the Complaint filed in the above-captioned matter, so that the parties may attempt to negotiate a settlement in this matter.  The parties have agreed that RadioShack will file its response to the Complaint on or before July 15, 2005.  This is the first request for an extension of a filing deadline in this case.

Respectfully submitted,

| | |
|---|---|
| ANTHONY FREITAS<br>By his attorney, | RADIOSHACK CORPORATION<br>By its attorneys, |
| ___s/ Ara Margosian_____<br>Ara Margosian (BBO #560556)<br>The Law Office of Ara H. Margosian II, P.C.<br>415 Mt. Auburn Street<br>Watertown, MA 02472<br>(617) 926-8944 | _____s/ Jeffrey S. Siegel_____<br>Diane Saunders (BBO# 562872)<br>Jeffrey S. Siegel (BBO# 647148)<br>MORGAN, BROWN & JOY, LLP<br>200 State Street<br>Boston, MA  02109-2605<br>(617) 523-6666 |

Dated:  June 30, 2005