UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY FREITAS<br><br>Plaintiff<br><br>v.<br><br>RADIOSHACK CORPORATION,<br><br>Defendant. | No.: **1:05-cv-11343-RWZ** |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

The undersigned hereby certify that counsel and an authorized representative of RadioShack Corporation have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

          Respectfully submitted,

          RADIOSHACK CORPORATION
          By its attorneys,

          _____s/Jeffrey S. Siegel_____
          Diane Saunders (BBO# 562872)
          Jeffrey S. Siegel (BBO# 647148)
          MORGAN, BROWN & JOY, LLP
          200 State Street
          Boston, MA  02109-2605
          (617) 523-6666

Dated:  August 9, 2005

**Certificate of Service**

I hereby certify that a true copy of the foregoing was sent by mail to counsel for plaintiff on August 9, 2005

          ___s/Jeffrey Siegel_____