# LAW OFFICES OF ARA H. MARGOSIAN II, PC

*Attorneys At Law*
*A Professional Corporation*
415 Mt. Auburn Street
Watertown, Massachusetts 02472
Tel. (617) 923-9800 (617) 926-8944
Fax (617) 926-8942

Ara H. Margosian II, Esq.
PeggyAnn K. Wollman, Esq.
Nicholas LaFountain, Esq.
Katie Cook Rayburn, Esq.
Carrie L. Berenson, Esq.
Isabel I. Pekkel, Esq.

---

Helen H. Margosian, Office Manager
Debbie Lianos, Paralegal

August 15, 2005

Civil Clerk
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**RE:**   Anthony Freitas v. RadioShack Corporation
         Case No. 1:05-cv-11343-RWZ

Dear Sir or Madam:

    With regard to the above-referenced matter, enclosed please the Certification from the Plaintiff, for filing. This Certification is filed as an addition to the Joint Proposed Statement of Pre-Trial Schedule that was previously filed. Unfortunatley due to some technical difficulty, we were unable to electronically file this document. I apologize for any inconvenience this causes.

    If you have any questions please do not hesitate to contact me. Thank you for your assistance with this matter.

Very truly yours,

*Katie Cook Rayburn*
Katie Cook Rayburn

Enclosures.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY FREITAS<br><br>Plaintiff<br><br>v.<br><br>RADIOSHACK CORPORATION,<br><br>Defendant. | No.: 1:05-cv-11343-RWZ |

## CERTIFICATION

Pursuant to Local Rule 16 (D) (3), the undersigned Plaintiff hereby certifies that he has conferred with counsel:

    a)      with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

    b)      to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff:

_/s/ Anthony Freitas_
Anthony Freitas

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2005, a true copy of the within Certification was forwarded, via facsimile and first class mail to:

Diane Saunder, Esq.
Jeffrey S. Siegel, Esq.
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA  02109-2605
(617) 523-6666

_____
Ara H. Margosian II.