UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY FREITAS,<br><br>Plaintiff<br><br>v.<br><br>RADIOSHACK CORPORATION,<br><br>Defendant | No.: 1:05-cv-11343-RWZ |

**UNOPPOSED**
**MOTION TO AMEND DAMAGES ALLEGED IN THE COVER SHEET**

Now comes the Plaintiff, Anthony Freitas, (hereinafter "Plaintiff"), in the above-captioned matter and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 15, for an order to amend the damages alleged in the civil action cover sheet. Plaintiff moves to amend the damage calculation, in order to correct the amount of damages sought by Plaintiff (as depicted in Paragraph VII of the Civil Action Sheet and in Plaintiff's Civil Action Cover Sheet from the Massachusetts Superior Court) from $79,000.00 to $82,000.00. The calculation or miscalculation on the total of damages Plaintiff is seeking is due to clerical neglect. The amount sought for lost wages and for pain and suffering has not changed. The allowance of this motion will not result in any prejudice to the Defendant in this matter.

Defendant does not oppose this Motion.

**WHEREFORE,** the Plaintiff hereby prays that the Unopposed Motion to Amend Damages Alleged in the Cover Sheet be allowed.

                                                  Respectfully submitted,
                                                  PLAINTIFF,
                                                  By his Attorney,

                                                  ____/s/ Ara H. Margosian II_____

                                                  Ara H. Margosian, II, Esq.
                                                  BBO# 560556
                                                  Law Offices of Ara H. Margosian II, P.C.
                                                  415 Mt. Auburn Street
                                                  Watertown, MA 02472
Dated: September 21, 2005            (617) 926-8944

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2005, a true copy of the within Unopposed Motion to Amend Damages Alleged in the Cover Sheet was forwarded, via first class mail, postage prepaid, to:

Jeffrey S. Siegel, Esq.
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109

					_____/s/ Ara H. Margosian II_____