UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY FREITAS<br><br>Plaintiff<br><br>v.<br><br>RADIOSHACK CORPORATION,<br><br>Defendant. | No.: 1:05-cv-11343-RWZ |

## VOLUNTARY DISMISSAL WITH PREJUDICE

The parties hereby agree to voluntarily dismiss this action with prejudice and without costs to either party.

Respectfully submitted,

| | |
|---|---|
| ANTHONY FREITAS | RADIOSHACK CORPORATION |
| By his attorney, | By its attorneys, |
| ___s/Ara Margosian_____ | ___s/Jeffrey S. Siegel_____ |
| Ara Margosian (BBO #560556) | Diane Saunders (BBO# 562872) |
| The Law Office of Ara H. Margosian II, P.C. | Jeffrey S. Siegel (BBO# 647148) |
| 415 Mt. Auburn Street | MORGAN, BROWN & JOY, LLP |
| Watertown, MA 02472 | 200 State Street |
| (617) 926-8944 | Boston, MA 02109-2605 |
| | (617) 523-6666 |

Dated: January 9, 2006